# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NINE THOUSAND, FOUR HUNDRED )<br>AND NINETY DOLLARS ($9,490.00) )<br>IN UNITED STATES CURRENCY, MORE )<br>OR LESS, SEIZED FROM ROBERT OAKES )<br>)<br>Defendant-in-rem. )<br>) | Civil No. 10-284-PB |

### ORDER OF DISMISSAL OF $2,372.50 OF DEFENDANT-IN-REM

Pursuant to a Stipulated Settlement Agreement entered into by the United States of America and Robert Oakes on July 27, 2010, the United States has moved to dismiss $2,372.50 of the defendant-in-rem, Nine Thousand, Four Hundred Ninety Dollars ($9,490.00) in U.S. Currency, more or less, seized from Robert Oakes.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

(A)   That $2,372.50 of the defendant-in-rem, Nine Thousand, Four Hundred Ninety Dollars ($9,490.00) in U.S. Currency, more or less, seized from Robert Oakes is hereby dismissed from this proceeding.

(B)   That the parties shall bear their own costs and expenses of this proceeding, including attorney's fees, if any.

(C)   That Robert Oakes is forever barred from asserting any claims or demands, in law or equity, against the United States, its agents, employees or assigns, including but not limited to the United States Marshals Service, the Drug Enforcement Administration, the Enfield Police

Department, the Lebanon Police Department, any other state or local law enforcement department, and any of their agents, employees or assigns, in connection with, or arising out of this forfeiture action against the defendant-in-rem, including but not limited to any claim that the United States did not have probable cause to seize the defendant-in-rem and forfeit the remaining $7,117.50 in U.S. Currency.

The Clerk is hereby directed to send two certified copies of this order to the United States Marshals Service, a copy to the United States Attorney's Office, Attention: Assistant U.S. Attorney Aixa Maldonado-Quiñones, and to George Ostler, Esquire, counsel for Robert Oakes, at DesMeules, Olmstead & Ostler, 2 beaver Meadow, Norwich, Vermont 05055.

Dated: October 1, 2010          /s/ Paul Barbadoro
                                UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record